COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-088-CR

COREY EUGENE MURPHY APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant Corey Eugene Murphy is attempting to appeal from his conviction for evading arrest.  We will dismiss the appeal.

In accordance with rule 25.2(a)(2), the trial court has certified that this criminal case “is a plea-bargained case and the defendant has NO right of appeal.”  
Tex. R. App. P.
 25.2(a)(2).  On March 23, 2007, we notified Murphy that this certification indicating that he had no right to appeal had been filed in this court and that his appeal would be dismissed unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.  
See
 
Tex. R. App. P.
 25.2(a)(2), 25.2(d), 44.3.  We received a response from Murphy’s counsel that does not show grounds for continuing the appeal.

Therefore, in accordance with the trial court’s certification, we dismiss the appeal.  
See
 
Tex. R. App. P.
 25.2(a)(2), 43.2(f); 
Cooper v. State
, 45 S.W.3d 77, 81 (Tex. Crim. App. 2001).

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DO NOT PUBLISH

Tex. R. App. P.
 47.2(b)

DELIVERED: May 10, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.